I understand that we've got a little change in order here. Mr. Marchetti Will be arguing first. Is that correct? All right, they say your name, right, sir He's for the plaintiff yes for the appellant. Yeah, right, which way do you prefer it? Marchetti, okay. Thank you Miss Marchetti may proceed May please the court your honors. I would like to request three minutes for rebuttal Of my of my ten minutes of time, right? So and if I understand correctly you've got ten minutes Time so you'll have you'll be using seven minutes in here. That's correct, right? Okay, well, I'll ask the clerk to set it for seven minutes then and we'll ask you to proceed Thank you, your honors the district court granted summary judgment on the issue of whether or not the sleepy strivers Were employees or contractors Based upon the court's use of the Darden test Plaintiffs believe that the decision granting summary judgment is incorrect for several reasons. First of all with regard to the New Jersey state law claims Before we even get there. Can I ask you? Mr. Marchetti Okay, there we go Can I ask you to please? Speak to the question of whether we're dealing here with an issue of law or an issue of fact or a mixed question the district court said These types of issues are typically decided on summary judgment and this is a In the district courts view something that our Jurisprudence identifies as a question of law. Is that accurate if it's not accurate? What is accurate and your honor? The case is frankly go a couple different ways the test is according to the plaintiffs believe that if there are undisputed facts, then the issue is One for the court to decide the court can decide based upon law where there are disputed facts It's a question of fact for the jurors, particularly with regard to New Jersey state law in New Jersey It's clear. The presumption is that it's an issue of fact for the jury Would you please talk into the mic so that I'm through evenly? Thank you. I'm sorry, Your Honor The Seventh Circuit in the Lawrenson case Judge Easterbrook says Where you've got a multi-factor test and you've got facts on either side Then we should have a trial on the issue so plaintiff's position is that in this case given the Thousands of pages of Disputed facts in this case at the very least is an issue of fact on the issue What's disputed it's not disputed that the drivers own their own trucks and they Make their own decisions as to how to go right it is that is disputed your honor the drivers are Individuals there are LLC's for two of the three plaintiffs So what difference does it make what the legal? Aspect of it is I don't I don't understand With regards to the you you don't dispute that they own their own trucks, right? Correct. I do not dispute that Okay, and you don't dispute that they can decide whether to take it take a Job or not, right? I Apply or that should not be dispositive Any employee has a right to decide Whether or not to come to work The next day when requested it's called That is exactly correct your honor and this that is exactly our point this record shows and again the deposition and the Certification of ms. Anderson says if you don't work when sleepies requests that you come to work You're put on the board. You might not work for a week. You may not work for two weeks Or you might not ever be called back so Well, that's a right to terminate no different Than an employee has no different than with an employee and the choice as to whether or not to come to work is No different than that which an employee has that's not an issue that that under Darden is that is not a significant Choice on behalf of the plaintiff's drivers if you want to work and keep working in the business where for example, mr You said yeah was there for? Half a dozen years if you want to keep working in the one job where it's their only Source of income the only way to support your family if you want to keep working you're going to show up When sleepies wants you to show up where they want you to show up You're gonna do it the way they want you to do it You're gonna make sure you wear the right shirt You talk to the customers exactly the way the sleepies tells you to the right To not go to work the right to give up your livelihood. It isn't in all honesty It's sort of a it's not not a true, right? Well, what's the? How would if that if that's the test how do you decide who's a real independent contractor because Clearly if I'm if I'm in business, you're in business. I ask you to come do something for mr. Merced and say well, I don't have time today And I said well, and I guess I'll find somebody who will take care of my business when I I have a need for it Does that make you my employee because I stopped doing business with you? You said no I looked for somebody else and the and your honor the answer to that question is again one of the Darden factors the length Control of the relationship and the length of the relationship Anyone of the staff attorneys that are here in this courtroom today could say to your honors I don't want to come to work on Tuesday Wednesday or Thursday eventually Eventually at some point in time I'm sure they are and they do the point being though that If you called me to come in and do a job if you hired a lawyer to come in and do work on a case For you lawyer couldn't get to it. You fired that person That's not an employee If you have a lawyer who works on your staff and comes in every day and does the work that you assign to them The way you want Using the rules that you've set forth No matter what paper they signed if you have the right to control methods manners and means of the work their employees The issue of whether oh you formed an LLC you put your own law books in this market. There are hundreds of Law students who would agree to waive their right to overtime their right to Unemployment their right to be free from discrimination you're making them nervous there But that's the truth that that that is the reality the reason why this is a multi-factor test The reason why this is not a test where it's a one-factor test. Is there an LLC the reason why there is? Is because it's a multi-factor test and you have to analyze all the facts in the case Thank you. Thanks very much That's it that's his opening but we've got mr. Licton How do you say your name sir Licton Licton, okay, who's Arguing is amicus. Yes Thank you very much. My name is Harold Licton. I'm here on behalf of the National Employment Law Project. I appreciate the opportunity to make argument today I cannot predict for certainty what test in the Jersey Supreme Court would apply as Their test of employment status under the New Jersey Wage and Hour Law and in the New Jersey Wage Payment Act But there's one thing I can predict for certainty they wouldn't use the test that was adopted by the district court in this case Because the New Jersey Supreme Court in all of their recent decisions has not adopted the Darden test And in fact their jurisprudence shows that they would entertain a much more strict test favorable to the employees Do you think we should certify the issue to the New Jersey Supreme Court? I? Believe you should certify to the New Jersey Supreme Court because having read and reread the New Jersey jurisprudence As to what test applies? To the question of employment status one finds that there is no discernible way to predict with any certainty What the New Jersey Supreme Court would do there are four potential tests they could adopt In recent cases they seem to have gone to the nature of the work test Which is a hybrid test, but it's clear that when you're dealing with remedial statutes that serve important public policies They would not adopt the common law Darden test, which is what this district court did For that reason alone. I think the decision should be reversed but more importantly It really is extremely difficult to predict what the New Jersey Supreme Court would adopt and the reason for that is That in various times New Jersey courts have adopted different tests you have a couple federal district courts Looking at the New Jersey wage and hour law applying the economic realities test, which is on the other spectrum of the Darden test You have the New Jersey Supreme Court What do you mean by on the other Spectrum the economic realities test which is derived from the Fair Labor Standards Act and which uses the language in its Suffer-or-permit, which is the same language you find in the New Jersey wage and hour law and in the New Jersey wage payment act Has been interpreted by the US Supreme Court to be the broadest possible language for finding employment status where so if that's And and that language is in in Darden, but if that's the case why would we why would we? Need to send it to the New Jersey Supreme Court if the if the New Jersey wage and hour law and the New Jersey wage payment law both have this Underpinning of suffer-and-permit right and they're socially remedial leap legislation, right? If if they're properly understood that way Doesn't don't logical consequences follow from that That we should just put in place or do we really need the Supreme Court of New Jersey to say yeah That's what we said as to those laws Well, that would be one way to analyze it and that would be one possible conclusion. You could make which would require reversal However, there are three New Jersey Supreme Court cases which address the employment test Where there are remedial statutes involved not common law master and servant issues such as personal injury cases and those are the Nunzio case from 2007, which is Interpreting the conscientious Employee Protection Act, which is a very similar Social legislation to this in that case. They adopted a hybrid test They didn't adopt the economic realities test But that was one component of the test the test has three components One is the right to control the other is how integral is the work to the overall? Operation of the company is this a cog in the company's machinery which clearly it is here and the third is economic dependence which is essentially the FLSA Economic realities test how economically dependent were these individuals on the company for their livelihood, which is mr Marchetti said they were a hundred percent dependent upon the company So I can't say with certainty that the New Jersey Supreme Court would abandon their decisions in Denunzio which is a 2007 case in low versus origami, which is a 1999 case and The decision of the New Jersey Supreme Court in Marcus versus Eastern Agricultural Association, which is 1960 case All which came to the conclusion that in New Jersey where there's important remedial statutes involved for workers The proper test is a hybrid three-part test that I've just described and if if there's that line of authority let's let's go with that if that's the line of authority that Reaches way back and is Reaffirmed as recently as five six years ago And and in fact, that's a basis if adopted that would require Reversal and I understand that to be your position again, what's Why why would we certify Okay, the answer is that if if I were to if I were betting money and had to predict and I you know My kids education was on I would predict that for the New Jersey Wage Payment Act They would adopt this three-part test from Denunzio language is similar to low versus origami, which adopted a similar test and I think given the purposes of the law it fits within the parameters of the New Jersey Supreme Court decisions I'd be a little bit more hesitant on the New Jersey Wage and Hour law because that uses again, the sufferer permit language But judge Chesler of the federal district court and some other judges that he cites in his opinion and script Lee Specifically says that it makes more sense to adopt the economic realities test so it might be that the three-part hybrid test applies to the Wage Payment Act and the FLSA economic realities test applies To the New Jersey Wage and Hour law That's my prediction Go ahead. No, you go ahead and finish your point, but that was I've finished my point. Okay, I gather that sleepies hasn't paid Unemployment Tax for these people and social security tax or has it for the drivers it has not It doesn't it has not doesn't provide workers comp Did have you raised that issue with the feds Why Well, no if you're correct and that they are employees then Sleepies should have been obliged to pay all those taxes Yes, and the feds and the state have not put away Anything for them, so why wouldn't you have raised that I Don't believe there's a private right of action to enforce those claims, but I completely I'm not suggesting that there's a private right of action. I'm suggesting that you might tell the state or An organization, yes Well, I have another question about that. There will be a next step tomorrow your honor Well, I I can't imagine why you haven't done it up to now And I would just add to fill out that that the New Jersey unemployment statute uses an even stricter test Which is the ABC test which has been applied by one federal judge on the New Jersey wage and hour and under that test Which the employer has to prove three things that there was no right of control that there was no economic independence and There was no integralness to the to the work That that would be an almost impossible test for sleepies to fulfill and therefore they are likely liable under the New Jersey unemployment statute you you you made a prediction You don't have to bet your kids education on it There there are these various cases that you've cited to us, but there is no Master-servant type case out there that that that defines in any better In more specificity than say we did in Darden or the Supreme Court didn't dark I agree with that your honor that if you if this was only a question of master-servant Relationships such as a personal injury case Darden is similar enough to the New Jersey Master-and-servant test to be applied, but what I think is critical and with this is if you read Zarghami and if you If you read Zarghami and if you read D'Annunzio and if you read the Eastern agricultural case the Marcus case They specifically say the New Jersey Supreme Court that when you're dealing with social Legislation that serves an important public policy purpose It is inappropriate to use the common law test because it doesn't get at what the statutes were trying to protect Are you familiar with the? Independent Workers Union I Read about it in the New York Times two weeks ago. Yeah That's right, and the New York Times did a big issue on that and Have your it's called the Freelancers Union Have your people tried? What is the make it this way is the Freelancers Union part of your group? No, your honor because I think there's a an essential difference These aren't like writers or artists or people who make? artists and crafts who maybe Lawyers Right for my colleagues benefit who don't live in in New York There was a big article in the New York Times business section on About two or three weeks ago talking about a Union a new union called the Freelancers in independent workers and It was the large law firms You may know this are calling their Their law their lawyers Independent contractors and One of them who comes from a big union background Formed this group called the independent workers and She learned that The big law firm Planned to treat her not as an employee, but as an independent contractor and So she chief and she comes from a from a real union background So she formed this group and I'm just wondering why you haven't tried to combine with them your honor Having represented many of these low-income workers who drive these trucks for various big-box retailers These are very low-income workers who are just getting by by the skin of their teeth Many are also were the factory workers in the in the various And and they're all they were also very low and they formed a union Unions got your honor. Maybe the teamsters will come along to the sleepy drivers Okay. Yeah. Well that may be Did any of the plaintiffs perform deliveries for other companies during the time they were delivering for sleepies? Yes, that's a very important question. Mr. Marchetti is more appropriate to answer that but I've discussed this with them And the answer is no During the time that they delivered for sleepies because they had the sleepies logo on the truck the sleepy shirt While they were delivering for sleepies There's no evidence in the record that they ever that any of the plaintiffs or the class members Ever worked or drove for anyone else nor could they in our view because they had to show up for work at sleepy So they wouldn't get work You stayed in your brief that plaintiffs are seeking overtime under the New Jersey wage and hour law Did they they didn't make such a claim in the complaint? Well, they do they do mention in the complaint your honor that they're seeking overtime We didn't find it in the complaint we look If you look in the things that they're not getting it says that they're not getting overtime and the judge in the lower court Specifically mentioned that they were seeking overtime. I would agree There's not a separate account with a cause of action listed under the New Jersey wage and hour law But under as mr. Marchetti said in his brief under the pleading requirements in this circuit I think it is sufficient that they articulated that they were misclassified that they weren't getting overtime and the district court judge Treated it as an overtime claim as he says in his introduction to his decision Was the district court correct in applying the Darden test? Absolutely, not. That's that's the most the fundamental mistake that the lower court made by the wrong test to New Jersey wage and hour law Uh Didn't sleepies make some deductions from payments made to plaintiffs? Yes As in all these cases when sleepies retains the right to make deductions for things that they workers have to get from sleepies and More importantly if a mattress is damaged or if they go in there and they scratch a wall of the individual They're subject without recourse to having monies deducted from their checks Which is why we think there's a serious violation of the New Jersey Wage Payment Act, which prohibits deductions except in specified circumstances Any other questions over Okay, all right, thank you very much mr. Licton You May it please the court. I'm Matthew Hank and it's my honor to represent sleepies this morning You will need to speak right into the mic. Mr. Hank. It's yes, your honor It's my honor to represent sleepies this morning sleepies as the court is where is a mattress company The contracts with independent delivery businesses to deliver its products to customers, right? Well, that's sort of what we're at it. That's what's at issue, right? So let's let's get into that The and I want to start with the question that I started with Mr. Marchetti on The district court treats this as a question of law Is that accurate? It is accurate your honor because the salient facts are not in dispute well they seem to be Or I detected that there was some dispute about The degree of control being exercised. That's not the case The degree of control is a legal question And yes, that legal question is in dispute But the facts that the lead to the answer are not for example Indeed the plaintiffs delivery businesses do own their own trucks Yeah But but are you conceding that they that they were never working for anybody else because as a practical matter They couldn't work for anybody else because sleepy said if there's a mattress of ours on the truck You're only doing our business and nobody else's business. Is that something sleepies conceding? Your honor not only don't we can see that the record establishes the exact opposite point It's true that the plaintiffs in this case form companies that only did business with sleepies for certain periods of time by the way Mr. Hargrove's company stealth was initially formed and initially did business with our competitor or then competitor dial a mattress however, the record Jordan's question Did it judge Jordan? Well, it hasn't yet. I'm waiting to see I'll give it to you again and help me if I'm not making it myself clear I understand their assertion to be that we didn't work for other people because in effect it was impractical for us to work for Other people because sleepy said if you've got an item of ours on the truck, you can't have other people's stuff on your truck which is In effect saying Our Document might say you can handle other work. But as a practical matter, you can't handle other work That's that's the nature of the allegation I understand that they're making and I'm wondering if you Concede that because if you don't I'm wondering if that isn't a disputed issue of fact this much is not in dispute your honor It's true that under the IDA's the independent driver agreements that we had with plaintiffs companies with their businesses It's true that on the days they elected to make deliveries for us while they had our products on their trucks We contracted with them not to put other products in the trucks. That's an accurate statement, right? And as a matter of fact, does that make it impossible for them to actually work for other people? We know that that's not true your honor Because first of all, there's the testimony of Dennis Jesus who runs our Robinsville facilities that other companies who would be in this class If it were certified, well soon as you say, you know, that's not true. Mr Beck aren't you now going into the record and saying I have things that support my side and they say we've got things that support Our side so doesn't that amount to a question of fact that it was wrong for the district court to handle as a matter of Summary judgment your honor in all the cases in which summary judgment has been affirmed in a case turning on the Darden factors There's it's always been at least one or two facts that favored the other sides in the circuit's own opinion in a Dewey pile 1979 there were facts that militated toward employment status and yet this court not only found Independent contractor status as a matter of law it did it under the substantial evidence standard So it's true There are there are narrow facts in the records that help the plaintiff but the salient facts the facts that drive the analysis Establishes a matter of law that these individuals exercised so much entrepreneurial Entrepreneurial judgment. There's a matter of law. No, they were not sleepies employees Now you're assuming that it was correct to apply the Darden factor to all the various counts. And of course, you've heard mr Licton's argument at some length on behalf of the amicus That there are various Different counts here several New Jersey law claims in the mix as to which that what should be Not the right New Jersey wage an hour so what's Was the district court correct to apply Darden to New Jersey wage an hour and New Jersey A Wage payment law claims or or was that a mistake of law? All right, your honor. The district court was correct and to the extent that it made an error. It's error was harmless There are several factors inform that consideration Well, what was the error that you concede I can see no error your honor. I said to the extent that I'm I'm sorry. Well, you said to the extent that the district court made an error, right? What ever is it that The district court made it's this your honor Even if this court were to conclude which it should not that the district court should have applied one of the three tests that now Proposed it's not never settles on one test by the way But even if the court decided that one of those three tests should apply to certain claims Nelp has never explained nor has plaintiffs counsel how it would change the outcome in this case because it would not As the Sixth Circuit ruled in Simpson versus Ernst and Young which we cited in our brief The differences between the Darden test and the hybrid test or excuse me The economic realities tests are not material well that's a remarkable statement because I understood the Supreme Court of the United States to think that there was a gigantic difference between the employee test founded in the FLSA, which is Based as you've heard your opposing counsel say on the Suffer and permit language and the kind of Common law test to be applied under ERISA. That's This is the Supreme Court while the FLSA like ERISA defines an employee to include any individual employed by employer It defines the verb employee Expansively to mean suffer or permit and then it goes on to say we have noted the striking breadth of that. So The Supreme Court of the United States says these are very very different standards. How can it be if that's true? How can it be harmless for the court? the district court here to apply The broader test your honor striking though that statement may have been it is indeed what the Sixth Circuit said about half a dozen other Authorities including other circuit courts have said the same thing And I think the reason they've said it is that as the case laws evolves in the two decades or so since Darden First of all, it's become well established that all these tests The common law tests dating back to the 19th century the economic realities test and the hybrid test Even the ABC test to some extent all these tests involve a list of non-exclusive factors that they're not They allow the court to consider all the aspects of the relationship When the court does that as a practical matter the results tend not to change that much. Well, but if they I'm struggling with what you're arguing here. Mr. Beck. Mr. Hank. I'm sorry you're if if New Jersey sets its law which it does and it sets it in a way that's different from the Darden test as a matter of law, how can it not be error to apply a Different test than the one New Jersey chooses, of course, your honor It would be error to apply the wrong test The question is whether it be harmless error and here the answer is yes It would be because the salient fact here. There's only one fact in which the court would focus should be this Sleepy's never paid these individuals wages. Mr. Hargrove. Mr. Eusebio admitted in their their responses to our requests for admission We never paid them any money whatsoever. We did pay money to mr. Hall because he's the sole proprietor But they weren't wages wages or monies that are tied to the work of the hours that individual performs We paid mr. Hall for his business did at certain times. They ran two trucks and four individuals. We need care What mr. Hall's an individual did we paid him for what his business did in the absence of wages? It really doesn't matter what test the court applies because employment status cannot exist Then what you're saying is the label that the the label that's put on it is Determinative if there if what we call it is wages Then it's an employee if what we call it is not wages Then the relationship is not employer-employee not it can I really can it really be a labeling game? It's not a labeling game No, it's your argument thing So I understood your argument to just be they never paid him wages and therefore it couldn't be an employment relationship Your honor our argument is that an employee is a person working for a salary or wages That's the definition of employee from Black's Law Dictionary. These individuals did not work for salary or wages That's dispositive as the Second Circuit found in O'Connor in the absence of wages There can't be an employment relationship and district courts in this jurisdiction have reached the same conclusion talk about Huggins How the Eighth Circuit did it so badly wrong then in your view the Eighth Circuit got it Badly wrong or at least it's distinguishable for a couple of reasons first of all Huggins is a negligence case turning on the common law of Missouri Second of all in Huggins that that ought to actually help you right. I mean if the assertion is that The common law is a stricter test for employee-employee relationships, and it's not as generous as the socially remedial legislation that the plaintiffs claim the New Jersey law is you should be Isn't isn't Huggins a Case that actually meant should make it easier for these people to win your honor I don't purport to know the intricacies in Missouri law I don't know exactly why the Eighth Circuit interpreted as it did But I do know that it is Huggins involved the body of law that's not at issue in any of the 11 counts here additionally in Huggins The defendant was in the delivery business which makes it considerably harder to argue when you hire somebody to deliver your goods That they're not employees third of all in Huggins the defendant owned the trailers That the plaintiffs companies are the plaintiffs as individuals. I forget which it was we're pulling to make deliveries It's not a case is here in which the modality of the delivery that truck was completely owned by not even by the plaintiffs But by their delivery businesses, that's why Huggins is distinguishable This case is much more like this circuit's own authority in a Dewey pile the facts of that case Are almost indistinguishable from this case and in there the court held Reversing the board's decision there the court held that owner-operators did not have employee status This case is also much more like the DC circuits opinion and FedEx home delivery versus NLRB Which again presents very similar facts and there the court concluded as a matter of law that non-employee status existed So even if the court thought Huggins were on point for the reasons I've set forth I don't believe it is those authorities are the ones that are better and should control Can can you respond to the comment in the reply brief from the plaintiffs that and this is from page three quote? Sleepy's admits that the training work rules supervision and right to terminate are exactly the same whether the human being sitting in a truck Could you talk louder? whether Sure, whether the human being sitting in a truck is a sleepies employee a quote contractor unquote or an employee of a quote contractor Is that an accurate statement that you admit that the training work rules supervision and right to terminate are exactly the same your honor? That statement is utterly incompatible with the record First of all sleepies has zero authority under the IDA to terminate anybody who works for one of the companies who contracts with us The undisputed facts are that if we have a problem with an individual who works at a contractor We tell that contractor and they deal with the individuals we see fit Our only recourse is to say if somebody does something out of control We don't want that person making a delivery for us, but we can't tell a contractor to fire anybody Which is why when these individuals as a practical matter when you say we can't tell somebody to fire anybody I understand their allegation to be again Now looking at labels Not looking at contract language, but looking at the practicality and reality of the situation If they say this person can't work on sleepies Progress Projects and we're doing a hundred percent of our work for sleepies. That means we have to let them go Not true your honor for example, mr. Hall testified. This is in the record. It's in his deposition transcript He testified that if he wanted to do it He was afraid to buy as many trucks as he wanted and do business with as many customers as he wanted He made a decision an entrepreneurial decision not to do that. That was up to him We didn't stop him and if he had wanted to use whatever people he wanted in those other lines of work There's nothing under the IDA to prohibit that that's why when mr Hall actually did fire people when he cut his workforce by half. He didn't check with us. He made that decision independently when mr Eusebio on behalf of his delivery companies Fired his secretary Emma Bravo because he investigated and found that she was stealing or he suspected that he didn't check with us He did that himself That's correct, your honor all his companies had individuals who were employed by them who didn't even drive trucks Obviously, they weren't integrally involved in our businesses. They were free to hire such individuals and they did they were free to fire such individuals Well, isn't that a little like saying that there are some in a multi-factor test. There might be some factors that favor Viewing the relationship as an independent contractor relationship But in the end those might not be determinative because more factors Indicate it's an employer-employee relationship Your honor the know the factors here. How can it not be that way? You just said it the other way a month ago that there might be some factors that go one way or another But in the end, you know, you add those factors up and make a judgment So I'm asking you it doesn't that work both ways perhaps I misunderstood your honors question There are always facts that cut both ways and they do we pile for example The company inspected the trucks for safety maintained daily logs Ensured the drivers had to pass certain tests before they could deliver loads for the company and notwithstanding all those factors This court concluded as a matter of law that those individuals are not employees The same material facts existed in FedEx versus NLRB So it's true in this case as in virtually every one of these cases that comes up on appeal You can isolate a few facts in the record and say well those may suggest employee status but the question is what do the salient facts command as a matter of law and Those facts here command the conclusion of non-employee status. All right. Thank you No, thank you. Okay. Thanks very much. Mr. Hank Smart city Mr. Hank just hit the nail on the head on one point showed the reason why the test that it applies is so important There are three FedEx Brown cases that have been decided within the past couple of years in FedEx versus NLRB the DC Circuit used the entrepreneurial interest test and It mentions that it's going away from the right to control test in The Craig case dealing with state law the 7th Circuit Court of Appeals last year said we can't decide Go to state law go to the state court certify the question to the Kansas Supreme Kansas Supreme Court to decide whether based upon the intricacies of the Kansas law to decide whether or not the drivers were employees and in Craig the issue was As a matter of law was the certified question because the record was deemed by the 7th Circuit to be stipulated We don't have that here in the 8th Circuit case in the Huggins case pure right to control law That's what the case says the restatement test which is exactly the same thing as with Darden provides There's no difference between the two under those circumstances and in Huggins the driver Wasn't the contractor in fact the reason why are one of the issues that was decided by the 8th Circuit was that even though The driver wasn't the person who signed the contract that driver was based upon the control the common Management the common rules the issues with regard to making sure that our customers see the same Work and the same standard regardless of who is driving the truck That was all sufficient to meet The create an issue effect on the issue of right to control And why don't you if you would please Mr. Mitchell you can't respond to mr. Hanks assertion that there are Some factors might cut one way some factors might cut another way, but the central point here is They agreed that they were going to be independent contractors They never got paid a paycheck or issued a w-2 they got paid on a contractual basis according to the IDA and and they were free to walk away if they wanted and That's the way it ought to be in a free market economy And that doesn't turn you into an employee just because you choose over time to do a lot of business with us What's what's wrong with that argument? Oh in the past? Hundred years we've gone away from this Essentially caveat emptor with regard to employment relationships We have worker protection laws that are in place that employees have no right to waive period That's the law and whether it be title 7 the FLSA New Jersey Wage Payment Statute specifically says any agreement to the contrary is void The fact is is this is the Darden test the restatement test the predominant factor is the right to control This court the district court found that there was control But that there was customer satisfaction reasons in the competitive workplace the strict Structured environment that sleepies has for its drivers. I know I'm out of time is One that where they have the right to control every aspect of the work, and you can put layers in Between you make somebody form an LLC you can pay them using a 1099 But that doesn't change the fact that that under the right to control test there are employees all right Thank you judge slover any questions. No. I think he's answered all right Thank you very much Okay, thanks, well argued case appreciate everybody's help on that. We'll take it under advisement